IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01046-MSK-KLM

TERRI RIVERA,

    Plaintiff,

v.

RCR SOLUTIONS, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Vacate the Scheduling Conference** [Docket No. 19; Filed October 12, 2009] (the "Motion").  The Clerk of the Court issued an Entry of Default against Defendant on October 5, 2009 [Docket No. 18].  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference set for October 19, 2009 at 11:00 a.m. is **VACATED** and will be reset, if necessary, at a later date.

Dated:  October 13, 2009