IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| Courtroom Deputy: | Patricia Glover | Date: September 15, 2010 |
|---|---|---|
| Court Reporter: | Paul Zuckerman | |

Civil Action No. 09-cv-01046-MSK-KLM

*Parties*: *Counsel Appearing:*

TERRI RIVERA, Richard Meier

      Plaintiff,

v.

RCR SOLUTIONS, INC.

      Defendant.

---

## COURTROOM MINUTES

---

HEARING:    Rule 55

**4:29 p.m.**    **Court in session.**

The Court addresses status of case and notice of hearing to defendant.

Statement from Mr. Meier.

**ORDER:**    Plaintiff's Motion for Default Judgment (**Doc. #22**) and Motion for Attorney Fees and Costs (**Doc. #23**) are **DENIED** with leave to renew if and when plaintiff is ready to proceed with the hearing. If no further request is made by October 15, 2010, the case will be closed.

**4:36 p.m.**    **Court in recess.**

**Total Time:**    7 minutes.
**Hearing concluded.**